JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA CORTEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA;<br>Officer Phalann Blackwood, an individual;<br>Officer Carlos Maddox, an individual; Officer<br>Christopher Scott, an individual,<br><br>Defendants. | Case No.  2:21-cv-07992-JFW-KSx<br><br>**ORDER DISMISSING CASE** |

    Pursuant to the Stipulation To Dismiss The Case filed by Plaintiff LILIANA CORTEZ (hereinafter "Plaintiff") and Defendants UNIVERSITY OF SOUTHERN CALIFORNIA, PHALANN BLACKWOD, CARLOS MADDOX, and CHRISTOPHER SCOTT (hereinafter "Defendants"), and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

    1.    Plaintiff's First Claim for Relief, the Second Claim for Relief, and the Third Claim for Relief in the First Amended Complaint, which are all brought pursuant to 42 U.S.C. § 1983, are dismissed **with** prejudice.

    2.    All claims against Defendant CHRISTOPHER SCOTT are dismissed **with** prejudice.

    3.    All claims not identified in paragraphs 1 and 2 above are dismissed **without** prejudice.  These specific claims include, the Fourth Claim for Relief (false arrest / false imprisonment), the Fifth Claim for Relief (assault and battery), the Sixth Claim for Relief

(negligence), the Seventh Claim for Relief (Civil Code § 52.1), the Eighth Claim for Relief (intentional infliction of emotional distress), and the Ninth Claim for Relief (Civil Code § 43) against Defendants UNIVERSITY OF SOUTHERN CALIFORNIA, PHALANN BLACKWOOD, and CARLOS MADDOX.

4. Plaintiff and Defendants are to bear their own attorney's fees and costs in this action.

5. Plaintiff shall have thirty (30) days from the entering of this order to file an action in Los Angeles Superior Court.

IT IS SO ORDERED.

Dated: May 24, 2022

                                        Honorable John F. Walter
                                        United States District Judge